UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Angela Barkhouse and Toni Shukla, as Liquidators of Affinity Equity International Partners Limited and Alsen Chance Holdings Limited (In Liquidation)

Plaintiff(s)

- v -

Kasseem Dean, Monza Studios, Inc., and Swizz Beatz Productions Inc.

Defendant(s)
_____

**RULE 7.1 STATEMENT**

24 Civ. 7491

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Angela Barkhouse and Toni Shukla, as Liquidators of Affinity Equity International Partners Limited and Alsen Chance Holdings Limited (In Liquidation)

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Angela Barkhouse - Cayman Islands
Toni Shukla - British Virgin Islands

10/2/24
Date

/s/ Casey D. Laffey
Signature of Attorney

CL 1483
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022