UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Angela Barkhouse and Toni Shukla, as Liquidators of Affinity Equity International Partners Limited and Alsen Chance Holdings Limited (In Liquidation),**<br><br>*Plaintiffs,*<br><br>— against —<br><br>**Kasseem Dean, Monza Studios, Inc., and Swizz Beatz Productions Inc.,**<br><br>*Defendants.* | Case No: 24-cv-7491 |

### JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

**WHEREAS**, on October 2, 2024, Plaintiffs Angela Barkhouse and Toni Shukla (the "**Plaintiffs**"), as the joint liquidators of Affinity Equity International Partners Limited and Alsen Chance Holdings Limited, filed the Complaint in the above-captioned litigation ("**Litigation**") against Defendants Kasseem Dean, Monza Studios, Inc., and Swizz Beatz Productions Inc. (the "**Defendants**") (collectively with Plaintiffs, the "**Parties**");

**WHEREAS**, on October 4, 2024, Plaintiffs served Defendants Monza Studios, Inc. and Swizz Beatz Productions Inc. through their registered agent;

**WHEREAS**, Defendants, through their undersigned counsel, agreed to accept service through their counsel and waive all service-related defenses in exchange for an extension of Defendants' time to answer, move, or otherwise respond to the Complaint;

**WHEREAS**, Defendants Monza Studios, Inc. and Swizz Beatz Productions Inc.'s deadline to answer, move, or otherwise respond to the Complaint would otherwise be October 25, 2024;

**WHEREAS**, the Parties have not previously requested an extension to Defendants' deadline to answer, move, or otherwise respond to the Complaint; and

**WHEREAS**, the undersigned counsel have conferred regarding service and scheduling.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties hereto, through their undersigned counsel, as follows:

1. Defendants hereby accept service of the summons and Complaint and waive any and all defenses related to service of summons and the Complaint.

2. The Parties agree to extend the deadline for Defendants to answer, move, or otherwise respond to the Complaint to December 9, 2024.

3. The Parties agree that service of all papers in this action will be complete by filing them with the court's ECF system, where applicable, or by sending to the undersigned attorneys of record via electronic mail.

DATED:   October 11, 2024
         New York, NY

*/s/ Casey D. Laffey*

Casey D. Laffey
Ian Turetsky
Rob Carnes (*pro hac vice admission forthcoming*)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
212-521-5400
claffey@reedsmith.com
ituretsky@reedsmith.com
rcarnes@reedsmith.com

*Counsel for Plaintiffs*

Samuel D. Levy

Samuel D. Levy
**Blank Rome LLP**
1271 Avenue of the Americas
New York, New York 10020
212-885-5352
samuel.levy@blankrome.com

*Counsel for Defendants*

SO ORDERED:

Date:  October ___, 2024
       New York, NY

_____
NAOMI REICE BUCHWALD
U.S.D.J