```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
Angela Barkhouse and Toni Shukla, as
Liquidators of Affinity Equity
International Partners Limited, Alsen
Chance Holdings Limited, Aabar
Investments PJS Limited,                    ORDER
and Blackstone Asia Real Estate             24 Civ. 7491 (NRB)
Partners Limited (In Liquidation),

                Plaintiffs,

        - against -

Kasseem Dean, Monza Studios, Inc., and
Swizz Beatz Productions Inc.,

                Defendants.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated January 13, 2025 and January 16, 2025, the Court has determined that -- since defendants' proposed motion potentially implicates threshold issues that may speak to the Court's jurisdiction -- the defendants are given leave to bring their motion without the necessity of a pre-motion conference.

Given that plaintiffs have already filed an amended complaint, the parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendants' motion to the filing of defendants' reply.

**SO ORDERED.**

Dated:   January 28, 2025
         New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE