Case 1:24-cv-07491-NRB    Document 30    Filed 03/20/25    Page 1 of 1



**Driving progress**
through partnership
**Casey D. Laffey**
Direct Phone:  +1 212 549 0389
Email:  claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 20, 2025

**By CM/ECF**

Hon. Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 21A
New York, New York 10007

Re:    **Angela Barkhouse and Toni Shukla, et al v. Kasseem Dean, et al., Civil Action No. 1:24-cv-07491-NRB**

Dear Judge Buchwald:

We represent plaintiffs in the above-referenced action ("Plaintiffs").  We write, with the consent of defendants Kaseem Dean, Monza Studios, Inc., and Swizz Beatz Productions Inc. ("Defendants") and pursuant to Practice 1(D) of Your Honor's Individual Practices, to respectfully request an extension of Plaintiff's time to file an opposition to Defendants' February 20, 2025 Motion to Dismiss (the "Motion") and Defendants' time to file a reply in support of the Motion.

The Court's January 28, 2025 order required the Parties to confer on a briefing schedule for the Motion "in which no more than sixty days elapse from the filing of defendants' motion to the filing of defendants' reply.  Under the Parties' jointly submitted letter dated February 10, 2025, Plaintiff's proposed deadline to file an opposition to the Motion (the "Opposition") was March 24, 2025, and Defendant's deadline to file a reply in support of the Motion (the "Reply") was April 21, 2025—exactly sixty days from the filing of the Motion.  We request a one-week extension of both deadlines with proposed new deadlines of March 31, 2025 for the Opposition and April 28, 2025 for the Reply.

This is the first time either party has requested an extension of time for these deadlines under Practice 1(D) of Your Honor's Individual Practices.  The extension will not impact any other deadlines set by the Court for this matter.

We thank the Court for its time and attention in this matter.

Application granted.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: March 20, 2025
          New York, New York

Very truly yours,

/s/ Casey Laffey
Casey D. Laffey

CDL:eg

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON